THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MAURICE STEVENSON (Impleaded), Defendant-Appellant.

(No. 57458; )

First District (5th Division)—April 13, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Bernard L. Schwartz, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, James R. Carlson, and Michael R. Epton, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEON YOUNG, Defendant-Appellant.

(No. 56151; )

First District (1st Division)—April 16, 1973.